**MINUTES OF THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

U.S.A. vs DIEGO BAUTISTA-TERESO                                       No. 08CR2410-IEG

The Court finds excludable delay, under the section indicated by check ( √ ), commenced on ___8/20/2008___ and ended on ___11/10/2008___.

| 3161(h)        |                                                                                                              |     |
|----------------|--------------------------------------------------------------------------------------------------------------|-----|
| ___(1)(A)      | Exam or hrg for **mental or physical incapacity**                                                            | A   |
| ___(1)(B)      | **NARA exam**ination (28:2902)                                                                               | B   |
| ___(1)(D)      | State or Federal trials or **other charges pending**                                                         | C   |
| ___(1)(E)      | **Interlocutory appeals**                                                                                    | D   |
| ___(1)(F)      | **Pretrial motions** (from flg to hrg or other prompt dispo)                                                 | E   |
| ___(1)(G)      | **Transfers from other district** (per FRCrP 20, 21 & 40)                                                    | F   |
| ___(1)(J)      | **Proceedings under advisement** not to exceed thirty days                                                   | G   |
| ___            | Misc proc: Parole or prob rev, deportation, **extradition**                                                  | H   |
| ___(1)(H)      | **Transportation** from another district or to/from examination or hospitalization in ten days or less       | 6   |
| ___(1)(I)      | Consideration by Court of **proposed plea agreement**                                                        | 7   |
| ___(2)         | **Prosecution deferred** by mutual agreement                                                                 | I   |
| ___(3)(A)(B)   | **Unavailability of defendant** or **essential witness**                                                     | M   |
| ___(4)         | Period of **mental or physical incompetence** of defendant to stand trial                                    | N   |
| ___(5)         | Period of **NARA commitment or treatment**                                                                   | O   |
| ___(6)         | **Superseding indictment and/or new charges**                                                                | P   |
| ___(7)         | **Defendant awaiting trial of co-defendant** when no severance has been granted                              | R   |
| ___(8)(A)(B)   | **Continuance**s granted per (h)(8)-use "T" alone if more than one of the reasons below are given in support of continuance | T   |
| _X_(8)(B)(i)(1)| Failure to **continue** would stop further proceedings or result in **miscarriage of justice**               | T1  |
| ___(8)(B)(ii)  | 2) **Case** unusual or **complex**                                                                           | T2  |
| ___(8)(B)(iii) | 3) **Indictment** following arrest **cannot be filed** in thirty (30) days                                   | T3  |
| ___(8)(B)(iv)  | 4) **Continuance** granted in order to obtain or **substitute counsel**, or give reasonable time to prepare  | T4  |
| ___3161(I)     | Time up to **withdrawal of guilty plea**                                                                     | U   |
| ___3161(b)     | **Grand jury indictment time extended** thirty (30) more days                                                | W   |

**DATED: August 19, 2008**

*Irma E. Gonzalez*
**IRMA E. GONZALEZ, Chief Judge**
**United States District Court**